**SHADIE L. BERENJI (SBN 235021)**
Email: berenji@employeejustice.law
**OSCAR A. BUSTOS (SBN 279212)**
Email: bustos@employeejustice.law
**BRITTANEE A. MARKSBURY (SBN 315579)**
Email: marksbury@employeejustice.law
**BERENJI LAW FIRM, APC**
8383 Wilshire Boulevard, Suite 708
Beverly Hills, California 90211
Telephone: (310) 855-3270
Facsimile: (310) 855-3751

Attorneys for Plaintiff

Spencer C. Skeen, CA Bar No. 182216
spencer.skeen@ogletree.com
Tim L. Johnson, CA Bar No. 265794
tim.johnson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   858.652.3100
Facsimile:    858.652.3101

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MASTEN, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiff,<br>　　　　　v.<br>STERLING JEWELERS, INC., an Ohio corporation, SIGNET JEWELERS, LTD; a foreign corporation, and Does 1 through 30, inclusive;<br><br>　　　　Defendants. | Case No. 2:17-cv-04436-DSF-JEM<br><br>CLASS ACTION<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 12, 2017<br>Date of Removal: June 14, 2017<br>Judge: Hon. Dale S. Fischer |

# **STIPULATION**

This Stipulation is made and entered into pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff VERONICA MASTEN, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants STERLING JEWELERS, INC.[1] and SIGNET JEWELERS, LTD ("Defendants") (collectively, the "Parties"), by and through their respective counsel, with reference to the following.

1. WHEREAS, Plaintiff filed this class action lawsuit on May 12, 2017 against Defendants, alleging various violations of the California Labor Code and the California Business and Professions Code;

2. WHEREAS, Plaintiff no longer wishes to pursue this class action and now seeks a dismissal of this action, without prejudice;

3. WHEREAS, under Federal Rules of Civil Procedure, Rule 41, subdivision (a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared."

4. WHEREAS, all Parties to this action stipulate to dismissal of this action without prejudice;

5. WHEREAS, in the class action context, Rule 23, subdivision (e), of the Federal Rules of Civil Procedure provides that "[t]he claims, issues, or

---

[1] Sterling Jewelers, Inc. is not an Ohio corporation. It is a Delaware corporation.

defenses of a **certified** class may be … voluntarily dismissed … only with the court's approval" (emphasis added).  See *Diaz v. Trust Territory of Pacific Islands, 876 F.2d 1401, 1408* (9th Cir. 1989) ("The court's duty to inquire into a settlement or dismissal differs before and after certification. Before certification, the dismissal is not *res judicata* against the absent class members and the court does not need to perform the kind of substantive oversight required when reviewing a settlement binding upon the class." (emphasis in original));

6. WHEREAS, here, no class has been certified and no motion for class certification is pending.  In addition, Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action;

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel, that the above-entitled action is voluntarily dismissed, in its entirety, without prejudice. The Parties stipulate that each party shall bear its own costs and attorneys' fees.

DATE: December 18, 2017          **BERENJI LAW FIRM, APC**

                                                             By:  /s/ Oscar A. Bustos

                                                             SHADIE L. BERENJI
                                                             OSCAR A. BUSTOS[2]
                                                             Attorneys for Plaintiff

DATE: December 18, 2017          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                                             By:  /s/ Tim L. Johnson

                                                             SPENCER C. SKEEN
                                                             TIM L. JOHNSON
                                                             Attorneys for Defendants

---

[2] I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.